UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NOEL COVARRUBIA,

    Petitioner,

v.

    Civil Action 2:22-cv-314
    Chief Judge Algenon L. Marbley
    Magistrate Judge Chelsey M. Vascura

HOCKING COUNTY, *et al.*,

    Respondents.

## ORDER

This matter comes before the Court on Magistrate Judge Vascura's Report and Recommendation recommending that the Petitioner Noel Covarrubia's Petition for *Writ of Coram Nobis* be denied. (ECF No. 5). The Report and Recommendation advised the parties that the failure to object within the applicable time period results in a waiver of the right to have the district judge review the Report and Recommendation de novo. Petitioner was also granted an extension of time to March 18, 2022, in which to file any objections (ECF No. 9), but to date Petitioner has not filed an objection. The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation. (ECF No. 5). Covarrubia's Petition (ECF No. 4) is **DENIED** and this action is **DISMISSED**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: April 5, 2022